## SUGGS v. SNOW HILL MILLING CO.

No. 585P90

Case below: 100 N.C.App. 527

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## THOMASON v. LONGLEY

No. 157P91

Case below: 101 N.C.App. 723

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## TRUSTEES OF WAGNER TRUST v. BARIUM SPRINGS HOME FOR CHILDREN

No. 191A91

Case below: 102 N.C.App. 136

Petition by defendant (Mitchell Community College) for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991. Petition by defendant (Gardner-Webb College) for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## WARBURTON v. INTERSTATE MILLING CO.

No. 151P91

Case below: 101 N.C.App. 723

Petition by carrier defendant (Constitution States) for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## YATES v. NEW SOUTH PIZZA, LTD.

No. 176PA91

Case below: 102 N.C.App. 66

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1991.